

**IN THE**
**TENTH COURT OF APPEALS**

No. 10-14-00230-CV

**IN RE KSH SERVICES, LLC**

**Original Proceeding**

**MEMORANDUM OPINION**

The petition for writ of mandamus is denied. Relator's Emergency Motion for

Temporary Relief is dismissed as moot.


REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed September 25, 2014
[OT06]

